# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

RICHARD G. BIGGS

        V.        CASE NUMBER: 6:05-CV-140( LEK/DEP)

COMMISSIONER OF SOCIAL SECURITY

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, reversing the Secretary's final decision and remanding this case for rehearing pursuant to the fourth sentence of 42 U.S.C. §405(g) according to the Stipulation and Order of the Hon. David E. Peebles filed on September 12, 2005.

DATED:   September 12, 2005

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp